NUMBER 13-08-00680-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE MATTER OF THE ESTATE OF MARY LOUISE SWANTNER
CARTER, DECEASED

_____________________________________________________________


On appeal from the County Court at Law No. 2


 of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the County Court at Law
No. 2 of Nueces County, Texas, in cause number 45579-2. Appellee has filed an
unopposed motion to dismiss the appeal. Appellee moves to dismiss the appeal for want
of prosecution and because it is moot. Appellee requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellee's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellee's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellee's unopposed request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 26th day of March, 2009.